

# Fourth Court of Appeals
## San Antonio, Texas

May 18, 2021

No. 04-20-00596-CV

**IN THE INTEREST OF L.J.K. AND C.A.K., CHILDREN**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI01008
Honorable Mary Lou Alvarez, Judge Presiding

## O R D E R

Appellant, who is acting pro se on appeal, appeals from orders entered in the underlying suit affecting the parent-child relationship. Appellant's brief was originally due on April 19, 2021, and he has been granted one previous extension until May 19, 2021. On May 17, 2021, appellant filed a request for a ten-day extension of time.

The motion is GRANTED and appellant's brief is due **no later than June 1, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of May, 2021.



_____
Michael A. Cruz,
Clerk of Court